Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237

Attorney for Plaintiff:
**Valentina Peralta Hoffman**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Valentina Peralta Hoffman**<br><br>Plaintiff<br><br>v.<br><br>**MICHAEL J. ASTRUE,**<br>Commissioner of Social Security<br><br>Defendant. | Case No.: 2:10-cv-2377-DAD<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/ OR REMAND AND ORDER** |

The parties, through counsel, stipulate to an extension of time in which plaintiff may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to June 1, 2011.

Respectfully submitted,

April 14, 2011        /s/ *Richard Allen Whitaker*
                      Richard Allen Whitaker, Esq.
                      Attorney for Plaintiff


April 14, 2011        Benjamin B. Wagner
                      United States Attorney


                      /s/ *Cynthia B. De Nardi*

                      Cynthia B. De Nardi
                      Special Assistant, U.S. Attorney

/ / / /

/ / / /

/ / / /

1

**ORDER**

Pursuant to the parties' stipulation, plaintiff's time to file her motion for summary judgment and/or remand is extended to June 1, 2011.

IT IS SO ORDERED.

DATED: April 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\hoffman2377.stipord.eot.pmsj